UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

**ROSE BUCHHOLZ**, individually
and on behalf of all others similarly situated,

          Plaintiff,

  vs.

**CONCORD RESOLUTION, INC.**, a
New York corporation C,

          Defendant.
_____

NOTICE OF MOTION

No.: 1:16-cv-00169-LJV

     **PLEASE TAKE NOTICE** that upon the Affidavit of Alexander J. Douglas, sworn to on April 22, 2016, and the accompanying Memorandum of Law, Plaintiff Rose Buchholz, by its attorneys, Gesund & Pailet, LLC, will move this Court at the United States Courthouse, 100 State Street, on a date and at a time to be determined by the Court, for leave to proceed with discovery of her class claims, pursuant to Fed. R. Civ. P. 26(d).

     **PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Rule 7(a)(1), Rose Buchholz intends to file and serve reply papers and that any opposing papers must be filed and served at least eight (8) business days prior to the aforementioned return date.

    Dated: Rochester, New York
          April 22, 2016

                                Respectfully Submitted,

                                **GESUND & PAILET, LLC**
                                <u>/s/ Alexander J. Douglas</u>

                                ALEXANDER J. DOUGLAS, Esq.
                                New York Bar No. 5343892
                                **GESUND & PAILET, LLC**
                                11 Alger Dr.
                                Rochester, NY  14624
                                Tel: (585) 703-9783
                                Fax: (702) 851-2189
                                alex@gp-nola.com