UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

**ROSE BUCHHOLZ**, individually
and on behalf of all others similarly situated,

Plaintiff,

vs.

**CONCORD RESOLUTION, INC.**, a
New York corporation,

Defendant.

_____

**NOTICE OF VOLUNTARY
DISMISSAL WITHOUT
PREJUDICE**

Civ. No.: 1:16-cv-00169-LJV-HBS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff ROSE BUCHHOLZ,

through undersigned counsel, hereby gives notice that the above captioned action against

Defendant CONCORD RESOLUTION, INC. is voluntarily dismissed, without prejudice.

Concurrent with the dismissal, Plaintiff further withdraws her Motion for Discovery or,

Motion for Leave to Proceed with Discovery of Class Claims.

Dated: Rochester, New York.
          June 7, 2016

Respectfully Submitted,

**GESUND & PAILET, LLC**
/s/ Alexander J. Douglas

ALEXANDER J. DOUGLAS
New York Bar No. 5343892
11 Alger Dr.
Rochester, NY  14624
Tel: (585) 703-9783
Fax: (702) 851-2189
alex@gp-nola.com
*Attorney for Plaintiff*